

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 5, 2024**

*Mark X. Mullin*
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| GHA BARNETT, LLC | § § | CASE NO. 24-40887-MXM7 |
| Debtor. | § § | |

### ORDER GRANTING JOINT MOTION TO DISMISS INVOLUNTARY PETITION AGAINST A NON-INDIVIDUAL
### (Doc. No. 19)

CAME FOR CONSIDERATION the Alleged Debtor GHA Barnett, LLC's ("GHA") Joint Motion to Dismiss Involuntary Petition Against a Non-Individual (the "Motion"), which is joined by Petitioning Creditors Nabors Drilling Technologies USA, Inc. and Nabors Drilling Solutions, a business unit of Nabors Drilling Technologies USA, Inc. (together "Nabors"), Select Water Solutions, LLC ("SWS"), and Thru Tubing Solutions, Inc. ("TTS" together with Nabors and SWS, the "Petitioning Creditors"). Having considered the Motion and any responses or replies thereto, it is hereby

ORDERED that the Motion is GRANTED. It is further,

ORDERED that the Involuntary Petition (Doc. No. 1) is dismissed. It is further,

ORDERED that this proceeding is closed with each party to bear its own costs and attorney's fees.

# # # END OF ORDER # # #

Respectfully submitted,

**NATHAN SOMMERS GIBSON DILLON PC**

By:    */s/ Iain L. C. Kennedy*
      Iain L. C. Kennedy Texas
      Bar No. 24068094 Federal
      ID No. 1066018
      1400 Post Oak Boulevard, Suite 300
      Houston, Texas 77056
      713.960.0303 – telephone
      713.892.4800 – fax
      ikennedy@nathansommers.com ATTORNEY

FOR GHA BARNETT, LLC

By:   */s/ Kenneth P Green*
     Kenneth P Green
     Bonds Ellis Eppich Schafer Jones LLP 950
     Echo Lane, Suite 120
     Houston, Taxas 77024
     713-335-4830
     Fax : 832-740-1411
     Email: ken.green@bondsellis.com

ATTORNEY FOR NABORS DRILLING TECHNOLOGIES USA, INC. AND NABORS DRILLING SOLUTIONS, A BUSINESS UNIT OF NABORS DRILLING TECHNOLOGIES USA, INC.

By:   */s/ William R. Sudela*
     William R Sudela
     Crady Jewett McCulley & Houren LLP 2727
     Allen Parkway, Suite 1700
     Houston, Texas 77019
     713-739-7007
     Email: wsudela@cjmhlaw.com

ATTORNEY FOR THRU TUBING SOLUTIONS, INC.

By:  */s/ Lisa Rothberg*
     Lisa Rothberg
     Dore Rothberg Law, P.C.
     16225 Park Ten Place Dr.
     Suite 700
     Houston, TX 77084
     832-952-1840
     Email: lrothberg@dorelaw.com

ATTORNEY FOR SELECT WATER SOLUTIONS, LLC